UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| DUSTIN M. WILSON,<br>    Plaintiff,<br><br>v.<br><br>HARVEY SHEARER, et al.,<br>    Defendants. | CIVIL ACTION No. 6:18-54-KKC<br>ORDER |

*** *** ***

This matter is before the Court on Defendants' motions for summary judgment (DE 46; DE 48) and the magistrate judge's recommended disposition (DE 49).

Plaintiff Dustin Wilson, a prisoner, filed a *pro se* Complaint on February 20, 2018 against Defendants Harvey Shearer and Southern Health Partners. Southern Health Partners has since been dismissed from the suit. The matter was referred to United States Magistrate Judge Hanly Ingram to "conduct all further proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions." (DE 16.)

On November 26, 2018, Wilson moved to amend his complaint, which the Court granted in part. (DE 28.) The amended complaint added Defendant Amber LNU. Following the amendment, Wilson had two claims remaining against the Defendants. First, Wilson alleges infringement of his religious rights by Defendant Harvey Shearer. Second, Wilson alleges a violation of his Eighth Amendment right to adequate medical care against both Defendants.

Defendants both filed motions for summary judgment. (DE 46; DE 48.) Judge Ingram issued a recommended disposition recommending that both motions for summary judgement

be granted. (DE 49.) Plaintiff has not filed any objections to Judge Ingram's recommended disposition. The Court, after reviewing the Defendants' motions and applicable law, agrees with Judge Ingram's Recommended Disposition.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Ingram's recommended disposition (DE 49) is **ADOPTED** as the Court's opinion;

(2) Defendants' motions for summary judgment (DE 46; DE 48) are **GRANTED**; and

(3) A judgment consistent with this order and the recommended disposition will be entered contemporaneously.

Dated January 24, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY